| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____  District of  NEVADA |
| (State) |
| Case number (*If known*): _____  Chapter  11 |

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**   WATTENBERG OIL & GAS INVESTMENT GROUP, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 20 INDUSTRIAL PARKWAY | |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| CARSON CITY   NV   89706 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| CARSON CITY COUNTY | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **WATTENBERG OIL & GAS INVESTMENT GROUP, LLC**       Case number (*if known*)_____
      <sub>Name</sub>

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | None |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |     MM / DD / YYYY |
| | |     Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |     MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  **WATTENBERG OIL & GAS INVESTMENT GROUP, LLC**      Case number (if known)_____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Arkansas Urology, PA PSP & 401k | Loan/Promissory Note | $ 2,008,168 |
| Gerard Geosciences, Inc./Gerard Family, LLC Leo & Meilinda Gerard | Loan/Promissory Note | $ 1,100,000 |
| John Atkins | Loan/Promissory Note | $ 750,000 |
| | Total of petitioners' claims | $ 3,858,168 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Arkansas Urology, PA Profit Sharing Plan and 401k
Name

4109 Longview Rd.
Number   Street

Little Rock         Arkansas         72211
City                State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Donald Keith Mooney, Trustee
Name

4109 Longview Rd.
Number   Street

Little Rock         Arkansas         72211
City                State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2015
             MM / DD / YYYY

✗  /s/ Donald Keith Mooney
Signature of petitioner or representative, including representative's title

**Attorneys**

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number   Street

RENO              NV            89519
City              State          ZIP Code

Contact phone  775.322.1237    Email  kad@darbylawpractice.com

Bar number  7670

State       Nevada

✗  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor __WATTENBERG OIL & GAS INVESTMENT GROUP, LLC__  Case number (*if known*)_____
       Name

**Name and mailing address of petitioner**

Gerard Geosciences, Inc, et al
Name

4031 East 115th Place
Number    Street

Thornton | CO | 80233
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Leo C Gerard
Name

4031 East 115th Place
Number    Street

Thornton | CO | 80233
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/10/2015
         MM / DD / YYYY

✗  /s/ Leo C Gerard
Signature of petitioner or representative, including representative's title

---

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number    Street

RENO | NV | 89519
City | State | ZIP Code

Contact phone  775.322.1237    Email  kad@darbylawpractice.com

Bar number  7670

State  NEVADA

✗  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
         MM / DD / YYYY

---

**Name and mailing address of petitioner**

John E. Atkins
Name

2803 Breckenridge Dr.
Number    Street

Little Rock | Arkansas | 72227-2915
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2015
         MM / DD / YYYY

✗  /s/ John E. Atkins
Signature of petitioner or representative, including representative's title

---

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number    Street

RENO | NV | 89519
City | State | ZIP Code

Contact phone  775.322.1237    Email  kad@darbylawpractice.com

Bar number  7670

State  NEVADA

✗  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
         MM / DD / YYYY