Kevin A. Darby (NV SBN 7670)
Tricia M. Darby (NV SBN 7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Phone: (775)322-1237
Facsimile: (775) 996-7290
kevin@darbylawpractice.com
Attorneys for Petitioning and Joining Creditors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

WATTENBERG OIL & GAS INVESTMENT GROUP, LLC ,

    Debtor.

_____/

CASE NO.:    BK-N-11-_____-btb
Chapter 11

**JOINDER IN INVOLUNTARY PETITION PURSUANT TO 11 U.S.C. §303(c)**

Hearing Date: TBD
Hearing Time:

    BILL NACHATILO, MIKE JESSEN, MATT JESSEN, WR BOB ATKINS, JAY ATKINS, and MARK THURMAN (collectively, the "Joining Creditors"), each unsecured creditors of Wattenberg Oil & Gas Investment Group, LLC (the "Debtor"), by and through their Counsel KEVIN A. DARBY, ESQ. of Darby Law Practice, Ltd., hereby join the involuntary bankruptcy petition filed against the Debtor by DONALD KEITH MOONEY, as Trustee of the Arkansas Urology, PA PSP & 401k, GERARD GEOSCIENCES, INC, GERARD FAMILY LLC, LEO & MELINDA GERARD and JOHN E. ATKINS (collectively, the "Petitioning Creditors") on December 14, 2015 (the "Involuntary Petition").  This joinder is filed pursuant to 11 U.S.C. §303(c).

///

///

///

The Joining Creditors are located at the following addresses and hold claims in the following amounts:

| Creditor | Mailing Address | Claim Amount |
|---|---|---|
| Bill Nachatilo | 249 E Elgin St. Spearfish, SD 57783. | $480,000 |
| Mike Jessen | 17325 391st. Avenue, Redfield, SD 57469 | $25,000 |
| Matt Jessen | 17550 391st. Avenue, Redfield, SD 57469 | $25,000 |
| WR Bob Atkins | 317 W. Longhills Rd, Benton, AR 72015-1695 | $20,000 |
| Jay Atkins | 2803 Breckenridge Drive, Little Rock, AR 72227-2915 | $20,000 |
| Mark Thurman | 111 Maylou Terrace, Hot Springs, AR 71913 | $10,000 |

The Joining Creditors refer to and make part of this Joinder each and every allegation of (1) the Involuntary Petition; (2) the Emergency Motion under 11 USC §§ 303(f) and (g), 105 and 1114(a) For: (a) an Order Appointing a Trustee and Authorizing the Trustee to Operate the Debtor's Business; and (b) Prohibiting Debtor's Management From Exercising any Rights Related to the Debtor, filed by the Petitioning Creditors on December 14, 2015.

Based on the foregoing, the Joining Petitioners join in the Petitioning Creditor's request that an order for relief be entered against the Debtor under chapter 11 of title 11 of the United States Code and that a chapter 11 Trustee be appointed for the Debtor.

DATED this 14th day of December, 2015.

DARBY LAW PRACTICE, LTD.

By: */s/ Kevin A. Darby, Esq.*
KEVIN A. DARBY, ESQ.
Counsel for Petitioning Creditors
and Joining Creditors