# CERTIFICATE OF SERVICE

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**Case Number: 15–51635–btb**

In re:

WATTENBERG OIL & GAS INVESTMENT GROUP, LLC

Alleged Debtor(s)

I, Kevin A. Darby, Esq.
of ** Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, NV 89519

certify:

That I am, and at all times during the service of process, was not less than 18 years of age;
That on the __16th__ day of __December__, 20 _15_ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

First Class Mail Pursuant to Fed. R. Bankr. P. Rules 1010(a) and 7004(b)(3)

the said debtor at

Wattenberg Oil & Gas Investment Group, LLC c/o:

| Resident Agent: | Manager: | Manager: |
|---|---|---|
| Corporation Service Company | JJGG&C LLC | JWP Capital Holdings, Inc. |
| 2215-B Renaissance Dr. | 2173 Salk Ave. | 302 Crownview Ct. |
| Las Vegas, NV 89119 | Carlsbad, CA 92008 | San Marcos, CA 92069 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: __12/15/2015__          Signature: __/s/ Kevin A. Darby, Esq.__
                *[Date]*                                                *[Signature]*

# United States Bankruptcy Court
## District of Nevada

Case Number: <u>15−51635−btb</u>
### Chapter 11

In re:
    WATTENBERG OIL & GAS INVESTMENT GROUP, LLC,
    20 INDUSTRIAL PARKWAY
    CARSON CITY, NV 89706

        Alleged Debtor(s)


## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor(s):**

A petition under title 11, United States Code was filed against you on 12/14/15 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of the summons. A copy of the petition is attached.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>C. Clifton Young Federal Building and U.S. Courthouse<br>300 Booth Street<br>Reno, NV 89509 |

At the same time, you must also serve a copy of the motion or answer upon the petitioner/petitioner's attorney.

| Name and Address of Petitioner/Petitioner's Attorney: |
|---|
| KEVIN DARBY, ESQ.<br>4777 CAUGHLIN PARKWAY<br>RENO, NEVADA 89519 |

A status conference will be held regarding the involuntary petition. Petitioning creditor(s) are required to appear at the status conference.

| Courtroom Address: |
|---|
| United States Bankruptcy Court<br>C. Clifton Young Federal Building and U.S. Courthouse<br>Courtroom of the Honorable BRUCE T. BEESLEY<br>3/22/16<br>300 Booth Street<br>Reno, NV 89509<br><br>Date:   BRUCE T. BEESLEY<br>3/22/16<br>Time:  9:00 AM |

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: 12/15/15

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

* Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005).

# CERTIFICATE OF SERVICE

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

Case Number: <u>15-51635-btb</u>

In re:
    WATTENBERG OIL & GAS INVESTMENT GROUP, LLC

    Alleged Debtor(s)

I,    Kevin A. Darby, Esq.
of **  Darby Law Practice, Ltd.
    4777 Caughlin Parkway
    Reno, NV 89519

certify:

That I am, and at all times during the service of process, was not less than 18 years of age;
That on the __16th__ day of __December__, 20 __15__ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

    First Class Mail Pursuant to Fed. R. Bankr. P. Rules 1010(a) and 7004(b)(3)

the said debtor at

Wattenberg Oil & Gas Investment Group, LLC c/o:

| Resident Agent: | Manager: | Manager: |
|---|---|---|
| Corporation Service Company | JJGG&C LLC | JWP Capital Holdings, Inc. |
| 2215-B Renaissance Dr. | 2173 Salk Ave. | 302 Crownview Ct. |
| Las Vegas, NV 89119 | Carlsbad, CA 92008 | San Marcos, CA 92069 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: __12/15/2015__        Signature: __/s/ Kevin A. Darby, Esq.__
        [Date]                                                  [Signature]

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of NEVADA
(State)

Case number (If known): _____    Chapter 11

☐ Check if this is an amended filing

# Official Form 205

## Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2:  Identify the Debtor

2. **Debtor's name**   WATTENBERG OIL & GAS INVESTMENT GROUP, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 20 INDUSTRIAL PARKWAY | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | CARSON CITY    NV    89706 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | CARSON CITY COUNTY | |
   | County | Number    Street |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **WATTENBERG OIL & GAS INVESTMENT GROUP, LLC**    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | None |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No<br>☐ Yes. Debtor _____  Relationship _____<br>        District _____ Date filed _____ Case number, if known _____<br>                                MM / DD / YYYY<br><br>        Debtor _____  Relationship _____<br>        District _____ Date filed _____ Case number, if known _____<br>                                MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor  WATTENBERG OIL & GAS INVESTMENT GROUP, LLC          Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Arkansas Urology, PA PSP & 401k | Loan/Promissory Note | $ 2,008,168 |
| Gerard Geosciences, Inc./Gerard Family, LLC Leo & Meilinda Gerard | Loan/Promissory Note | $ 1,100,000 |
| John Atkins | Loan/Promissory Note | $ 750,000 |
| | Total of petitioners' claims | $ 3,858,168 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Arkansas Urology, PA Profit Sharing Plan and 401k
Name

4109 Longview Rd.
Number  Street

Little Rock        Arkansas       72211
City               State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Donald Keith Mooney, Trustee
Name

4109 Longview Rd.
Number  Street

Little Rock        Arkansas       72211
City               State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2015
             MM / DD / YYYY

✗  /s/ Donald Keith Mooney
Signature of petitioner or representative, including representative's title

**Attorneys**

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number  Street

RENO                NV             89519
City                State          ZIP Code

Contact phone  775.322.1237    Email  kad@darbylawpractice.com

Bar number  7670

State  Nevada

✗  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor  WATTENBERG OIL & GAS INVESTMENT GROUP, LLC                Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Gerard Geosciences, Inc, et al
Name

4031 East 115th Place
Number   Street

Thornton                              CO            80233
City                                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Leo C Gerard
Name

4031 East 115th Place
Number   Street

Thornton                              CO            80233
City                                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/10/2015
             MM / DD / YYYY

✘  /s/ Leo C Gerard
Signature of petitioner or representative, including representative's title

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number   Street

RENO                          NV            89519
City                          State         ZIP Code

Contact phone  775.322.1237   Email  kad@darbylawpractice.com

Bar number  7670

State       NEVADA

✘  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

John E. Atkins
Name

2803 Breckenridge Dr.
Number   Street

Little Rock                  Arkansas     72227-2915
City                         State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2015
             MM / DD / YYYY

✘  /s/ John E. Atkins
Signature of petitioner or representative, including representative's title

KEVIN A. DARBY, ESQ.
Printed name

DARBY LAW PRACTICE, LTD
Firm name, if any

4777 CAUGHLIN PARKWAY
Number   Street

RENO                          NV            89519
City                          State         ZIP Code

Contact phone  775.322.1237   Email  kad@darbylawpractice.com

Bar number  7670

State       NEVADA

✘  /s/ Kevin A Darby, Esq.
Signature of attorney

Date signed  12/13/2015
             MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 4

1  Kevin A. Darby (NV SBN 7670)
2  Tricia M. Darby (NV SBN 7956)
   DARBY LAW PRACTICE, LTD.
3  4777 Caughlin Parkway
   Reno, Nevada 89519
4  Phone: (775)322-1237
5  Facsimile: (775) 996-7290
   kevin@darbylawpractice.com
6  Attorneys for Petitioning and Joining Creditors

7

8              UNITED STATES BANKRUPTCY COURT
9                    DISTRICT OF NEVADA

10
11 In re:                                CASE NO.:    BK-N-11-_____-btb
                                          Chapter 11
12 WATTENBERG OIL & GAS INVESTMENT
   GROUP, LLC,
13                                        JOINDER IN INVOLUNTARY PETITION
           Debtor.                        PURSUANT TO 11 U.S.C. §303(c)
14
15                                        Hearing Date: TBD
                                          Hearing Time:
16 _____/

17     BILL NACHATILO, MIKE JESSEN, MATT JESSEN, WR BOB ATKINS, JAY
18 ATKINS, and MARK THURMAN (collectively, the "Joining Creditors"), each unsecured
19 creditors of Wattenberg Oil & Gas Investment Group, LLC (the "Debtor"), by and through their
20 Counsel KEVIN A. DARBY, ESQ. of Darby Law Practice, Ltd., hereby join the involuntary
21 bankruptcy petition filed against the Debtor by DONALD KEITH MOONEY, as Trustee of the
22 Arkansas Urology, PA PSP & 401k, GERARD GEOSCIENCES, INC, GERARD FAMILY LLC,
23 LEO & MELINDA GERARD and JOHN E. ATKINS (collectively, the "Petitioning Creditors")
24 on December 14, 2015 (the "Involuntary Petition"). This joinder is filed pursuant to 11 U.S.C.
25 §303(c).
26 ///
27 ///
28 ///

1  The Joining Creditors are located at the following addresses and hold claims in the
2  following amounts:

| Creditor | Mailing Address | Claim Amount |
|---|---|---|
| Bill Nachatilo | 249 E Elgin St. Spearfish, SD 57783. | $480,000 |
| Mike Jessen | 17325 391st. Avenue, Redfield, SD 57469 | $25,000 |
| Matt Jessen | 17550 391st. Avenue, Redfield, SD 57469 | $25,000 |
| WR Bob Atkins | 317 W. Longhills Rd, Benton, AR 72015-1695 | $20,000 |
| Jay Atkins | 2803 Breckenridge Drive, Little Rock, AR 72227-2915 | $20,000 |
| Mark Thurman | 111 Maylou Terrace, Hot Springs, AR 71913 | $10,000 |

The Joining Creditors refer to and make part of this Joinder each and every allegation of (1) the Involuntary Petition; (2) the Emergency Motion under 11 USC §§ 303(f) and (g), 105 and 1114(a) For: (a) an Order Appointing a Trustee and Authorizing the Trustee to Operate the Debtor's Business; and (b) Prohibiting Debtor's Management From Exercising any Rights Related to the Debtor, filed by the Petitioning Creditors on December 14, 2015.

Based on the foregoing, the Joining Petitioners join in the Petitioning Creditor's request that an order for relief be entered against the Debtor under chapter 11 of title 11 of the United States Code and that a chapter 11 Trustee be appointed for the Debtor.

DATED this 14th day of December, 2015.

DARBY LAW PRACTICE, LTD.

By: /s/ Kevin A. Darby, Esq.
KEVIN A. DARBY, ESQ.
Counsel for Petitioning Creditors
and Joining Creditors