Kevin A. Darby (NV SBN 7670)
Tricia M. Darby (NV SBN 7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Phone: (775)322-1237
Facsimile: (775) 996-7290
kevin@darbylawpractice.com
Attorneys for Petitioning and Joining Creditors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>WATTENBERG OIL & GAS INVESTMENT GROUP, LLC ,<br><br>Debtor.<br>_____/ | CASE NO.:   BK-N-15-51635-btb<br>Chapter 11<br><br>**DECLARATION OF DONALD KEITH MOONEY EMERGENCY MOTION: (1) TO APPOINT INTERIM CHAPTER 11 TRUSTEE FOR GAP PERIOD; (2) TO APPOINT PERMANENT TRUSTEE UPON ENTRY OF AN ORDER OF RELIEF; (3) TO AUTHORIZE INTERIM CHAPTER 11 TRUSTEE TO SEIZE MANAGEMENT AND CONTROL OF ELITE ENERGY ENGINEERING, LLC; AND (4) FOR ORDER BARRING JOHN ASTENGO AND JOHN W. POWELL FROM INTERFERRING WITH BUSINESS OPERATIONS**<br><br>Hearing Date:  TBD<br>Hearing Time:  OST Requested |

DONALD KEITH MOONEY, under penalty of perjury, states as follows:

1.      I am the Trustee of the Arkansas Urology, PA PSP & 401k, and in that capacity I am a petitioning creditor in this involuntary Chapter 11 case.

2.      Pre-petition, I loaned $2,000,000 to Debtor Wattenberg Oil & Gas Investment Group, LLC ("Debtor").

3.      Debtor is primarily a holding company, with its most significant asset being 100%

of the membership interest in Elite Energy Engineering, LLC ("EEE").

4.     EEE is an energy management and manufacturing company that specializes in cogeneration. Cogeneration is a method of generating multiple forms of usable energy at the same time. EEE specializes in a form of cogeneration called combined heat and power or CHP for short. CHP increases efficiency by using waste heat to generate hot water for use in boilers, water heaters, etc. EEE manufactures EnviroGen Energy Modules, which are self-contained micro power plants with minimal noise and emissions deliver highly reliable levels of ultra-clean combined heat and power.

5.     EEE is located in Carson City, Nevada. EEE's manufacturing and engineering facility includes a 33,000 square-foot custom fabrication and production facility, and a 20,000 square-foot precision sheet metal fabrication shop.

6.     Pre-petition, the management of Debtor and EEE was vested with John Astengo and John Powell. Mr. Astengo and Mr. Powell used the Debtor as a vehicle to raise capital for the acquisition and operation of EEE.

7.     I have recently learned that Mr. Astengo and Mr. Powell have apparently abandoned the Debtor and EEE. I have spoken to employees of EEE and learned that EEE has not paid its employees, taxes or rent for many months. The total arrears in rent, payroll, benefits and taxes now exceed $200,000. In addition, it appears hundreds of thousands of dollars that were recently loaned to Debtor are now unaccounted for, and there are no books and records adequately tracing the millions of dollars raised by Debtor.

8.     Despite the harm already done by Mr. Astengo and Mr. Powell, I believe EEE still has the potential to be a profitable and successful business.

9.     The other petitioning creditors and I are aware that additional capital will be necessary to preserve EEE's assets and business. We are in the process of attempting to obtain financing to be used by a trustee in this case to manage and operate EEE.

///

///

///

1     10.     I have had conversations with each of the petitioning and joining creditors in this case and know that there is consensus in the belief that the appointment of a Chapter 11 trustee is in the best interests of the Debtor and all creditors in this case.

DATED this 16th day of December, 2015.

                                               */s/ Donald Keith Mooney*

                                               DONALD KEITH MOONEY